■ In the Matter of DWAYNE SINGLETON, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [6 NYS3d 521]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered May 14, 2014 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of DeJesus v Evans*, 111 AD3d 1340 [2013]). Present—Smith, J.P., Carni, Lindley, Valentino and Whalen, JJ.

■ In the Matter of ROSEMARIA MERANTE, for Reinstatement to the Practice of Law in the State of New York. [6 NYS3d 521]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 14, 2015.)

■ In the Matter of GILBERT R. PEREZ, for Reinstatement to the Practice of Law in the State of New York. [6 NYS3d 521]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 14, 2015.)

■ In the Matter of BRADLEY MCGRATH, an Attorney, Resignor. [6 NYS3d 521]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Mar. 30, 2015.)

■ In the Matter of TOM HIATT, an Attorney, Resignor. [6 NYS3d 522]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 8, 2015.)

■ In the Matter of Mohammad FARD SAIDI, an Attorney, Resignor. [6 NYS3d 522]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 8, 2015.)